**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Travelodge Hotels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DURGA, LLC, a Michigan Limited Liability Company; and SASIKALA VEMULAPALLI, an individual,<br><br>Defendants. | Civil Action No. 2:15-cv-8412(CCC)(SCM)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Connell Foley LLP, seeking the entry of Final Judgment by Default against defendants, Durga, LLC and Sasikala Vemulapalli (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 3, 2015, seeking damages as a result of the breach of a franchise agreement between THI and Durga, LLC; and service of the Summons and Complaint having been effectuated with respect to defendant Sasikala Vemulapalli by personally serving her in Cincinnati, Ohio on January 6, 2016; and service of the Summons and Complaint having been effectuated with respect to defendant Durga, LLC, by serving its authorized representative in Cincinnati, Ohio on January 6, 2016; and it appearing that default was duly noted by the Clerk of the Court against Defendants on June 26, 2019 for their

failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 25 day of November, 2019,

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against Defendants, jointly and severally, in the total amount of $341,168.39, comprised of the following:

a. $240,589.48 for liquidated damages (principal plus prejudgment interest);

b. $80,330.61 for Recurring Fees (principal plus prejudgment interest); and

c. $20,248.30 for attorneys' fees and costs.

_____
**HONORABLE CLAIRE C. CECCHI, U.S.D.J.**